ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com

SHOOK, HARDY & BACON L.L.P.
CARRIE A. MCATEE, ESQ.*
WILLIAM C. MARTUCCI, ESQ.*
KRISTEN A. PAGE, ESQ.*
2555 Grand Blvd.
Kansas City, Missouri 64108
(816) 474-6550
cmcatee@shb.com
wmartucci@shb.com
kpage@shb.com

* admitted *pro hac vice*

Attorneys for Defendants
O'REILLY AUTOMOTIVE STORES, INC. and
CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

>*<

| | |
|---|---|
| ANGELICA MIRANDA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTOMOTIVE STORES, INC. dba O'REILLY AUTO ENTERPRISES, LLC; CSK AUTO, INC., a foreign corporation; O'REILLY AUTO ENTERPRISES, LLC, a foreign limited liability company; CSK AUTO, INC., a foreign corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00878-RFB-PAL<br><br>**JOINT STIPULATION DISMISSING ACTION** |

-1-

# JOINT STIPULATION DISMISSING ACTION

Plaintiff ANGELICA MIRANDA and Defendants O'REILLY AUTOMOTIVE STORES, INC. and CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC, by and through their respective counsel, hereby submit the following Dismissal of this action pursuant to Fed. R. Civ. P. 41.

It is hereby stipulated between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). The parties further stipulate that Plaintiff Miranda's individual claims made under the Fair Labor Standards Act and Nevada's labor laws are hereby dismissed with prejudice. The class claims and collective action claims are hereby dismissed without prejudice.

Respectfully submitted.

DATED this 10th day of February, 2016.

ALVERSON, TAYLOR, MORTENSEN
   & SANDERS

By /s/ Seetal Tejura
    SEETAL TEJURA, ESQ. (#008284)
    7401 W. Charleston Boulevard
    Las Vegas, Nevada  89117
and

SHOOK, HARDY & BACON L.L.P.
CARRIE A. MCATEE, ESQ.*
WILLIAM C. MARTUCCI, ESQ.*
KRISTEN A. PAGE, ESQ.*
2555 Grand Blvd.
Kansas City, Missouri 64108
(816) 474-6550
cmcatee@shb.com
wmartucci@shb.com
kpage@shb.com
* admitted pro hac vice

*Attorneys for Defendants O'REILLY AUTOMOTIVE STORES, INC.
and CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC*

DATED this 10th day of February, 2016.

JONES LAW FIRM

By  /s/ Charles A. Jones
CHARLES A. JONES, ESQ. (#006698)
KELLY MCINERNEY, ESQ. (#007443)
   9585 Prototype Court, Suite B
   Reno, Nevada 89521

*Attorneys for Plaintiff,
ANGELICA MIRANDA*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED  this 12th day of  February, 2016.

1 **IT IS SO ORDERED.**

2 Date:

3 _____
UNITED STATES DISTRICT COURT JUDGE/
4 UNITED STATES MAGISTRATE JUDGE